*Judge Gardephe*



**'08 CIV 7142**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RAILWORKS TRANSIT, INC.,

                        Plaintiff,



  - against --

BUILDING, CONCRETE, EXCAVATING &
COMMON LABORERS UNION LOCAL NO. 731
OF GREATER NEW YORK, LONG ISLAND AND
VICINITY OF THE LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA, AFL-CIO,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

plaintiff RailWorks Transit, Inc., certifies that it is a privately held corporation, and is a wholly

owned subsidiary of RailWorks Transit Systems, Inc. ("RTS"), which is a wholly owned sub-

sidiary of RailWorks Corporation ("RW"). Neither RTS nor RW is a publicly held corporation.

Dated: Rockville Centre, New York
       August 11, 2008

                        MURTAGH, COHEN & BYRNE
                        100 North Park Avenue
                        Rockville Centre, NY 11570
                        Attorneys for Plaintiff,
                        RailWorks Transit, Inc.

                        By: _____
                        Edward T. Byrne (EB-8520)

To:    Angelo R. Bisceglie, Jr., Esq.
       Bisceglie & DeMarco
       365 Rifle Camp Road
       West Paterson, New Jersey 07424